**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 22, 2021

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

*[Handwritten: 4/27/2021*
*The matter is adjourned to June 25, 2021*
*Time is excluded. So ordered.*
*Paul A. Crotty*
*USDJ]*

Re:   *United States v. Sadick Edusei Kissi*, 21 Cr. 64 (PAC)

Dear Judge Crotty:

The Government submits this letter jointly on behalf of the parties to request an adjournment of the conference currently scheduled for April 26, 2021. The Government has commenced discussions with defense counsel regarding a possible disposition in this case and those discussions remain ongoing at this time. The parties therefore request a two-month adjournment to June 25, 2021 to permit the defendant to continue to review discovery with his counsel and for the parties to continue their discussions regarding a pre-trial disposition in this matter. For those reasons, the Government also respectfully requests, with the defendant's consent, that time be excluded in this case until June 25, 2021.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: *[signature]*
Mitzi S. Steiner / Sagar K. Ravi
Assistant United States Attorneys
(212) 637-2284 / 2195

CC: Raoul Zaltzberg, Esq.