# Raoul Zaltzberg, Esq.

Zaltzberg Law  
5 Penn Plaza, 23rd Fl  
New York, New York 1001

*Attorney at Law*

Raoul@ZaltzbergLaw.com

O: (212) 609-1344  
P: (917) 244-4322  
F: (212) 609-1345

June 17, 2021

*6/21/2021*

The Honorable Paul A. Crotty  
United States District Court  
500 Pearl Street, Chambers 1350  
New York, NY 10007  
*By email*

*The matter is adjourned to July 28, 2021 at 12 p.m.* Time will be excluded through July 28, 2021.

*So ordered*

*Paul A Crotty*  
*USDJ*

Re: *United States v. Sadick Kissi* 21-CR-00064 (PAC)

Dear Judge Crotty,

The defense submits this letter jointly on behalf of the parties to provide a status update and request an adjournment of the conference currently scheduled for June 25, 2021. The parties have made significant progress towards a possible disposition in this case and those discussions remain ongoing. The parties therefore request a 45-day adjournment to permit the defense to continue to review discovery and the plea offer, and for the parties to continue their discussions regarding a pre-trial disposition in this matter. The parties further request and defense consents for time to be excluded in this case. Thank you in advance for your consideration.

Sincerely,

/s/  
Raoul Zaltzberg, Esq.  
*Attorney for Defendant*  
raoul@zaltzberglaw.com  
917-244-4322