UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                                                1: 21 CR.00064 (PAC)
                                  SUBSTITUTION OF COUNSEL ORDER

       -against-

SADICK KISSI,

       Defendant.
-----------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at the conference held on October 20, 2021, Antonia Apps is appointed as CJA counsel to the above named the defendant, NUNC-PRO-TUNC October 20, 2021. The defendant's former attorneys, Joseph Caldarera and Robert Tsigler, are relieved as counsel. The Clerk of Court is directed to update the docket accordingly.

Dated: New York, New York
       October 20, 2021

                                                    SO ORDERED

                                                    *[signature]*
                                                    PAUL A. CROTTY
                                                    United States District Judge