# Milbank

**ANTONIA M. APPS**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5357
aapps@milbank.com | milbank.com

November 2, 2021

**VIA ECF/MAIL**
Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14C
New York, NY 10007-1312

> 11/3/2021
> The November 3rd conference is adjourned to December 1, 2021 at 10:45 AM. Time will be excluded through December 1, 2021. SO ORDERED.
>
> /s/ Paul A. Crotty

Re:   USA v. Kissi – Adjournment Request
      File No.: 1:21-cr-00064-PAC

Dear Judge Crotty:

I write to request an adjournment of the conference scheduled tomorrow until the week of November 29, 2021. As your Honor is aware, I was appointed under the Criminal Justice Act on October 20, 2021 to represent defendant Sadick Kissi in the above-captioned matter. I have recently been provided with discovery from the prior defense counsel but have not had the opportunity to fully review and discuss the discovery with my client. The additional time requested will allow me to review and discuss the discovery before the next conference before your Honor, at which point I will be in a better to position to advise the Court as to the next steps in this case.

The Government does not object to the request for an adjournment.

Finally, the Government requests the exclusion of time pursuant to the Speedy Trial Act until the next conference. The Defendant has no objection to the exclusion of time.

Respectfully Submitted,

/s/Antonia M. Apps
Antonia M. Apps

cc:   Sadick Kissi
      Mitzi S. Steiner, Esq.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO