

**ANTONIA M. APPS**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5357
aapps@milbank.com  |  milbank.com

November 29, 2021

**VIA ECF/MAIL**
Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14C
New York, NY 10007-1312

    Re:    *USA v. Kissi* – Adjournment Request
            File No.: 1:21-cr-00064-PAC

Dear Judge Crotty:

    I write to request an adjournment of the conference scheduled this Wednesday until the morning of Tuesday, December 14, 2021. As your Honor is aware, I was appointed under the Criminal Justice Act on October 20, 2021 to represent defendant Sadick Kissi in the above-captioned matter. The additional time requested will allow me further time with the discovery and to meet with the defendant to review the same before we appear before your Honor, so that I may be in a better to position to advise the Court as to the next steps in this case.

    The Government does not object to the request for an adjournment.

    Finally, the Government requests the exclusion of time pursuant to the Speedy Trial Act until the next conference. The Defendant has no objection to the exclusion of time.

    Respectfully Submitted,

    /s/Antonia M. Apps

11/30/2021
The December 1 conference is adjourned to Tuesday, December 14, 2021 at 11AM via teleconference. Time will be excluded through December 14, 2021. SO ORDERED.

*Paul A. Crotty*

cc:    Sadick Kissi
       Mitzi S. Steiner, Esq.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO