

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2022

**BY ECF**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

*[handwritten: 6/27/22  The request is granted. So ordered. Paul Crotty USDJ]*

    **Re:**    *United States v. Sadick Edusei Kissi*, **21 Cr. 64 (PAC)**

Dear Judge Crotty:

    The Government respectfully submits this letter to request a one-week extension of the Government's deadline to file its opposition motion to the defendant's renewed motion for judgment of acquittal from July 12, 2022 to July 19, 2022. The Government similarly requests, on behalf of the defense, a one-week extension of the defendant's deadline to file a reply motion, if any, from July 22, 2022 to July 29, 2022. The defendant has no objection to this request.

                                        Very truly yours,

                                          DAMIAN WILLIAMS
                                        United States Attorney

                            by:    /s/
                                  Katherine C. Reilly/Mitzi S. Steiner
                                  Assistant United States Attorneys
                                  (212) 637-6521/2284

CC: Antonia Apps, Esq.
     Matthew Laroche, Esq.