UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:       PRELIMINARY
    - v. -                                ORDER OF FORFEITURE/
:       MONEY JUDGMENT
SADICK EDUSEI KISSI,
:       21 Cr. 064 (PAC)
            Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about February 5, 2021, SADICK EDUSEI KISSI (the "Defendant"), was charged in a four-count Indictment, 21 Cr. 064 (PAC) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One); money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count Two); conspiracy to receive stolen money, in violation of Title 18, United States Code, Section 371(Count Three); and receipt of stolen money, in violation of Title 18, United States Code, Sections 2315 and 2 (Count Four);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Three, and Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property constituting, or derived from, any proceeds traceable to the commission of the offenses charged in Counts One, Three and Four of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Three, and Four of the Indictment;

        WHEREAS, the Indictment also included a forfeiture allegation as to Count Two of the Indictment, seeking forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in

Count Two of the Indictment, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Two of the Indictment;

WHEREAS, on or about June 2, 2022, the Defendant was found guilty, following a jury trial, on Counts Two through Four of the Indictment;

WHEREAS, the Government asserts that $101,468.00 in United States currency represents any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Three and Four of the Indictment that the Defendant personally obtained, and all property, real and personal, involved in the offense charged in Count Two of the Indictment, and all property traceable thereto;

WHEREAS, the Government seeks a money judgment in the amount of $101,468.00 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), representing any and all property constituting, or derived from, any proceeds traceable to the commission of the offenses charged in Counts Three and Four of the Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), representing any and all property, real and personal, involved in the offense charged in Count Two of the Indictment, and all property traceable thereto; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Three and Four of the Indictment that the Defendant personally obtained, and the property involved in the offense charged in Count Two of the Indictment, cannot be located upon the exercise of due diligence;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts Two through Four of the Indictment, of which the Defendant was found guilty, a money judgment in the amount of $101,468.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Three and Four of the Indictment that the Defendant personally obtained, and representing the property involved in the offense charged in Count Two of the Indictment, shall be entered against the Defendant;

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SADICK EDUSEI KISSI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       December ___, 2022


SO ORDERED:

_____          _____
HONORABLE PAUL A. CROTTY                  DATE
UNITED STATES DISTRICT JUDGE